Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-11116-AMC**

Rita Elaine Melrose  
159 N Township Line Rd  
Royersford  PA   19468

Petition Filed Date: 04/18/2023  
341 Hearing Date: 06/02/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/22/2023 | $215.00 | | 06/21/2023 | $215.00 | | 07/20/2023 | $215.00 | |

**Total Receipts for the Period:  $645.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $645.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH L QUINN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $30,505.24 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS) »» 002 | Priority Crediors | $5,920.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $4,653.20 | $0.00 | $0.00 |
| 4 | HYUNDAI LEASE TITLING TRUST »» 004 | Unsecured Creditors | $6,385.76 | $0.00 | $0.00 |
| 5 | CITIBANK NA »» 005 | Unsecured Creditors | $4,996.48 | $0.00 | $0.00 |
| 6 | ROUNDPOINT MORTGAGE SERVICING CORP »» 006 | Mortgage Arrears | $252.31 | $0.00 | $0.00 |
| 7 | CITIBANK NA »» 007 | Unsecured Creditors | $400.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $6,037.51 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $1,600.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11116-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $645.00 | Current Monthly Payment: | $215.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $58.05 | Total Plan Base: | $12,900.00 |
| Funds on Hand: | $586.95 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.