UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Rita Elaine Melrose<br><br><br>               Debtor | Chapter 13<br>Bankruptcy No.23-11116-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 21st day of August, 2023, by first class mail upon those listed below:

Rita Elaine Melrose
159 N Township Line Rd
Royersford, PA  19468

**Electronically via CM/ECF System Only:**

JOSEPH L QUINN ESQ
ROSS QUINN & PLOPPERT PC
192 S HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

                                                          */s/ Kristen Gliem*
                                                          Kristen Gliem
                                                          for
                                                          Scott F. Waterman, Esquire
                                                          Standing Chapter 13 Trustee