# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Rita Elaine Melrose, | : | Chapter 13 |
| Debtor | : | Case No.: 23-11116-amc |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Proof of Claim No. 10 filed by Debtor on behalf of the California State Franchise Tax Board on October 17, 2023 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on October 17, 2023:*

Jeanne Harriman, CFO
Bankruptcy Section MS A340
California State Franchise Tax Board
PO Box 2952
Sacramento CA 95812-2952

*Via Electronic Filing (ECF) on Octoebr 17, 2023:*

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                        **ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        jquinn@rqplaw.com
Date: October 17, 2023        Counsel for Debtor