*Form 237* (3/23)–doc 22

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Rita Elaine Melrose | ) | Case No. 23–11116–amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor California State Franchise Tax Board;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 1634.00 has been filed in your name by Joseph Quinn, Esquire on 10/17/2023.

Date: October 17, 2023

For The Court

Timothy B. McGrath
Clerk of Court