United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Rita Elaine Melrose
Debtor

Case No. 23-11116-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Oct 17, 2023 Form ID: 237 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rita Elaine Melrose, 159 N Township Line Rd, Royersford, PA 19468-1724 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14774592 | Email/Text: BKBNCNotices@ftb.ca.gov | Oct 18 2023 00:15:00 | California State Franchise Tax Board, Bky. section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Rita Elaine Melrose CourtNotices@rqplaw.com |
| MARK A. CRONIN | on behalf of Creditor First Federal Bank bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

| | |
|---|---|
| STEVEN K. EISENBERG | on behalf of Creditor First Federal Bank seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

***Form 237*** (3/23)−doc 22

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Rita Elaine Melrose | )<br>) | Case No. 23−11116−amc |
| | )<br>) | |
| Debtor(s). | ) | Chapter: 13 |
| | )<br>) | |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor California State Franchise Tax Board;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 1634.00 has been filed in your name by Joseph Quinn, Esquire on 10/17/2023.

Date: October 17, 2023

For The Court

Timothy B. McGrath
Clerk of Court