United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-11116-amc
Rita Elaine Melrose Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Nov 09, 2023 Form ID: 155 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rita Elaine Melrose, 159 N Township Line Rd, Royersford, PA 19468-1724 |
| 14805443 | + | First Federal Bank, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14774598 | | Genomic Health Inc, PO BOX 742415, Los Angeles, CA 90074-2415 |
| 14790734 | + | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14774592 | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 10 2023 00:26:00 | California State Franchise Tax Board, Bky. section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 14774593 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2023 00:38:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14783639 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 10 2023 00:38:14 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14774594 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2023 00:55:09 | Cbna, Attn: Centralized Bankruptcy, Po Box 790040, St. Louis, MO 63179-0040 |
| 14774595 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2023 00:55:16 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14788715 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2023 00:55:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14774596 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2023 00:38:26 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14776439 | | Email/Text: mrdiscen@discover.com | Nov 10 2023 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14774597 | + | Email/Text: mrdiscen@discover.com | Nov 10 2023 00:25:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14805363 | ^ | MEBN | Nov 10 2023 00:23:07 | FIRST FEDERAL BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14825742 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 10 2023 00:25:00 | First Federal Bank, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14823029 | ^ | MEBN | Nov 10 2023 00:23:10 | First Federal Bank, c/o STEVEN K. EISENBERG, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14786425 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 10 2023 00:26:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |

| | | | | |
|---|---|---|---|---|
| 14774599 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2023 00:26:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14793444 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 10 2023 00:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14774600 | + | Email/Text: EBNBKNOT@ford.com | Nov 10 2023 00:26:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 14792156 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:55:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14774601 | ^ | MEBN | Nov 10 2023 00:22:54 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 14774602 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2023 00:38:59 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor First Federal Bank djones@sterneisenberg.com bkecf@sterneisenberg.com |
| JOSEPH L QUINN | on behalf of Debtor Rita Elaine Melrose CourtNotices@rqplaw.com |
| MARK A. CRONIN | on behalf of Creditor First Federal Bank bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor First Federal Bank seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: Rita Elaine Melrose
Debtor(s)

Chapter: 13
Bankruptcy No: 23−11116−amc

---

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this November 8, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge, United States Bankruptcy Court

28 – 11
Form 155