Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2023 to 07/31/2024

**Chapter 13 Case No. 23-11116-AMC**

Rita Elaine Melrose
159 N Township Line Rd
Royersford PA 19468

Petition Filed Date: 04/18/2023
341 Hearing Date: 06/02/2023
Confirmation Date: 11/08/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $215.00 | | 09/20/2023 | $215.00 | | 10/23/2023 | $215.00 | |
| 11/21/2023 | $215.00 | | 12/20/2023 | $215.00 | | 01/23/2024 | $215.00 | |
| 02/21/2024 | $215.00 | | 03/20/2024 | $215.00 | | 04/22/2024 | $215.00 | |
| 05/20/2024 | $215.00 | | 06/21/2024 | $215.00 | | 07/22/2024 | $215.00 | |

**Total Receipts for the Period: $2,580.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,440.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,482.00 | $2,913.25 | $568.75 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $30,505.24 | $0.00 | $30,505.24 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 002 | Priority Crediors | $5,920.00 | $0.00 | $5,920.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $4,653.20 | $0.00 | $4,653.20 |
| 4 | HYUNDAI LEASE TITLING TRUST<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK NA<br>»» 005 | Unsecured Creditors | $4,996.48 | $0.00 | $4,996.48 |
| 6 | LOANCARE SERVICING CENTER<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK NA<br>»» 007 | Unsecured Creditors | $400.00 | $0.00 | $400.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $6,037.51 | $0.00 | $6,037.51 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $1,600.00 | $0.00 | $1,600.00 |
| 10 | FRANCHISE TAX BOARD<br>»» 010 | Priority Crediors | $1,634.00 | $0.00 | $1,634.00 |

**Chapter 13 Case No. 23-11116-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,440.00 | Current Monthly Payment: | $215.00 |
| Paid to Claims: | $2,913.25 | Arrearages: | $0.00 |
| Paid to Trustee: | $333.25 | Total Plan Base: | $12,900.00 |
| Funds on Hand: | $193.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.